IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANNON ISAKSON,<br><br>               Plaintiff,<br><br>vs.<br><br>EMD SERONO, INC.,<br><br>               Defendant. | CV 26-63-M-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

DATED this 7th day of May, 2026.

Kathleen L. DeSoto
United States Magistrate Judge